**Order entered February 24, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00151-CV

**G. C. BUILDINGS, INC., Appellant**

**V.**

**RGS CONTRACTORS, INC., Appellee**

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 03-04559-J**

## ORDER

We **GRANT** appellee's February 20, 2014 unopposed motion for extension of time to file amended and/or supplemental brief and **ORDER** the brief be filed no later than February 28, 2014.

/s/    ELIZABETH LANG-MIERS
         JUSTICE